NO. 07-01-0241-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 6, 2001

______________________________

RHODESIA ALNITA HOLLINGSWORTH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B12072-9506; HONORABLE ED SELF, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

DISMISSAL

Pending before this Court is appellant’s motion to dismiss her appeal.  Appellant and her attorney have both signed the document representing that appellant wishes to withdraw her notice of appeal.  Tex. R. App. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed and no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

         Justice

Do not publish.